UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESOURCE ONE HOLDINGS, LLC, a Missouri limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>YIHE CORPORATION, a California corporation and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. CV13-6278 FFM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Based on the parties' Joint Stipulation of Dismissal with Prejudice, it is hereby ORDERED that:

All claims in the above-captioned action between Plaintiff Resource One Holdings, LLC and defendant Yihe Corporation are dismissed in their entirety with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 16, 2014          /S/ FREDERICK F. MUMM
                                 FREDERICK F. MUMM
                                 United States Magistrate Judge